USCA1 Opinion

 

 April 10, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-2173 MICHAEL J. DEE, Plaintiff, Appellant, v. JANET RENO, Attorney General and ANDREW KETTERER, Attorney General of the State of Maine, Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. D. Brock Hornby, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Lynch, Circuit Judges. ______________ ____________________ Michael J. Dee on brief pro se. ______________ Jay P. McCloskey, United States Attorney, and Evan J. Roth, _________________ ______________ Assistant U.S. Attorney on brief for appellee, Attorney General Reno. Andrew Ketterer, Attorney General, James D. Williams III, ________________ _________________________ Assistant Attorney General, and Thomas D. Warren, Chief, Litigation ________________ Division, Assistant Attorney General, on brief for appellee, Andrew Ketterer. ____________________ ____________________ Per Curiam. Plaintiff/appellant Michael Dee ___________ challenges a district court discretionary decision not to entertain a declaratory judgment action. We have reviewed the parties' briefs and the record on appeal and affirm the judgment essentially for the reasons stated by the district court in its order dated September 11, 1995. Affirmed. _________ -3-